**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIUHONG WANG,<br><br>                Petitioner,<br><br>       v.<br><br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br><br>                Respondents. | No. 5:26-cv-02640-AH-DSR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, Petitioner's Traverse, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case.  On May 29, 2026, Respondents filed a Response to the Report and Recommendation stating that they will not be filing objections to it.  See Doc. No. 11.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is GRANTED and:

A.    Respondents shall immediately release Petitioner Xiuhong Wang (A-number 245-868-451) from custody, reinstate her release under the same conditions that were in place before her detention in March 2026, and return to her any personal property and documents seized at the time of her detention;

B.      Respondents shall provide Petitioner at or near the time of release a copy of the Court's Order adopting this Report and Recommendation;

C.      Within three days of the date of this Order, Respondents shall file a Notice of Release confirming Petitioner's release and return of her personal property and documents; and

D.      Respondents are enjoined from re-detaining Petitioner without first providing her with notice and a pre-detention hearing before a neutral decisionmaker at which Respondents bear the burden of demonstrating that there has been a material change in circumstances justifying revocation of Petitioner's ROR and re-detention of Petitioner.

DATED: June 1, 2026     _____

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE